THE LAW OFFICE *of* CHRISTOPHER Q. DAVIS

**WORKING SOLUTIONS NYC**

December 6, 2016

<u>VIA ECF</u>

Honorable Ann M. Donnelly
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Alexander v. Safeguard Operations LLC et al.,* **Case No. 1:13-cv-06061**

Dear Judge Donnelly:

  Our firm represents Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Individual Rule I-F, I write with Defendants' consent, to request an extension of time for Plaintiffs' to file all additional papers in support of the settlement, including (i) a Motion for Final Approval of the Class Action Settlement, and (ii) a Motion for Approval of Attorneys' Fees and Costs, from December 20, 2016 to December 29, 2016. I have a surgery scheduled for the week prior and will not be returning until the week December 19, 2016, at the earliest. As such, I respectfully request additional time to file the above mentioned motion papers. This extension need not alter the date of the Final Fairness Hearing, scheduled for January 13, 2017 at 11:00 AM. This is the Plaintiffs' first request for an extension of time for this submission.

  Should you have any questions, please do not hesitate to contact the undersigned.

          Respectfully submitted,

          */s/*

          Rachel M. Haskell, Esq.

cc: Barbara A. Gross, Esq. (via ECF)